IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. RODNEY K. WILSON, an individual, )<br>                  )<br>      Plaintiff, )<br>                  )<br>vs. )<br>                  )<br>2. THE CITY OF STILLWATER, )<br>   OKLAHOMA, a municipal corporation, )<br>                  )<br>      Defendant. ) | Case No. CIV-14-1265-C |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties jointly stipulate that the above-styled case should be dismissed with prejudice. Each party is to bear their respective costs and fees.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 NE 50th, Second Floor
Oklahoma City, Oklahoma 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail Address for service:
gooch@czwglaw.com

Attorney for Defendant City of Stillwater

        s/ Ryan S. Wilson
***(signed by filing attorney with permission from Ryan S. Wilson)***
Ryan S. Wilson, OBA No. 14340
Hartzog Conger Cason & Neville
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7000
Facsimile: (405) 996-3403
rwilson@hartzoglaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ryan S. Wilson - via electronic mail at: rwilson@hartzoglaw.com
HARTZOG CONGER CASON & NEVILLE
201 Robert S. Kerr, Suite 1600
Oklahoma City, OK 73102
***Attorney for Plaintiff***

        s/ Ambre C. Gooch
        Ambre C. Gooch